**SAO**
Robert B. Noggle, Esq.
Nevada Bar No.: 11427
Paul R.M. Cullen, Esq.
Nevada Bar No.: 12355
NOGGLE LAW PLLC
376 East Warm Springs Rd., Ste. 140
Las Vegas, Nevada 89119
Ph.: 702-450-6300 | Fax: 702-642-9766
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PETER HORNE DBA HALO REALTY INVESTMENTS,<br><br>             Plaintiff,<br><br>vs.<br><br>EVERBANK; QUALITY LOAN SERVICE CORPORATION; SUE ELLEN SMITH,<br><br>             Defendants. | CASE NO.:  2:14-CV-00826 |

**STIPULATION AND ORDER**

//

//

//

//

IT IS HEREBY STIPULATED between plaintiff, Peter Horne dba Halo Realty Investments ("Plaintiff"), by and through its counsel of record, Paul R.M. Cullen, Esq. of NOGGLE LAW PLLC, and defendant, EverBank ("EverBank") by and through its counsel of record, I-Che Lai, Esq. of BROOKS HUBLEY LLP, that this case may be dismissed without prejudice as to EverBank with each party to bear its own attorney's fees and costs.

| NOGGLE LAW PLLC | BROOKS HUBLEY LLP |
|---|---|
| By: */s/ Paul R.M. Cullen*<br>Robert B. Noggle, Esq.<br>Paul R.M. Cullen, Esq.<br>376 East Warm Springs Road, Ste. 140<br>Las Vegas, Nevada 89119<br>Attorneys for Plaintiff | By: */s/ I-Che Lai*<br>I-Che Lai, Esq.<br>Michael R. Brooks, Esq.<br>1645 Village Center Circle, Ste. 200<br>Las Vegas, Nevada 89134<br>Attorneys for EverBank |

**IT IS SO ORDERED** this __26th__ day of March, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

NOGGLE LAW PLLC


By: */s/ Paul R.M. Cullen*
    Robert B. Noggle, Esq.
    Paul R.M. Cullen, Esq.
    376 E. Warm Springs Road, Ste. 140
    Las Vegas, NV 89119
    Attorneys for Plaintiff