Robert B. Noggle, Esq.
Nevada Bar No.: 11427
Paul R.M. Cullen, Esq.
Nevada Bar No.: 12355
NOGGLE LAW PLLC
376 East Warm Springs Rd., Ste. 140
Las Vegas, Nevada 89119
Ph.: 702-450-6300 | Fax: 702-642-9766
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PETER HORNE DBA HALO REALTY INVESTMENTS,<br><br>    Plaintiff,<br><br>vs.<br><br>EVERBANK; QUALITY LOAN SERVICE CORPORATION; SUE ELLEN SMITH,<br><br>    Defendants. | CASE NO.:  2:14-CV-00826-RFB-PAL |

## STIPULATION AND ORDER

//

//

//

//

//

- 1 -

IT IS HEREBY STIPULATED between plaintiff, Peter Horne dba Halo Realty Investments ("Plaintiff"), by and through its counsel of record, Paul R.M. Cullen, Esq. of NOGGLE LAW PLLC, and defendant, Quality Loan Servicing Corporation, ("QLS") by and through its counsel of record, Gary S. Fink, Esq. of MCCARTHY & HOLTHUS, LLP that this case may be dismissed without prejudice as to QLS pursuant to the stipulation for non-monetary relief filed as Document 22 herein, with each party to bear its own attorney's fees and costs.

IT IS FURTHER STIPULATED that QLS does not claim any interest in this property and agrees to be bound by whatever order is issued by a Court of competent jurisdiction relating to the Deed of Trust, and shall not be subject to any monetary awards for damages, attorney's fees or costs. Both parties agree to bare their own costs as related to each other.

| NOGGLE LAW PLLC | MCCARTY HOLTHUS, LLP |
|---|---|
| By:  /s/ Paul R.M. Cullen, Esq. / <br> Robert B. Noggle, Esq. <br> Paul R.M. Cullen, Esq. <br> 376 East Warm Springs Road, Ste. 140 <br> Las Vegas, Nevada 89119 <br> Attorneys for Plaintiff | By:   /s/ Gary S. Fink, Esq. / <br> Gary S. Fink, Esq. <br> Kristin A. Schuler-Hintz, Esq. <br> 9510 W. Sahara Ave., Suite 200 <br> Las Vegas, Nevada 89117 <br> Attorneys for Quality Loan Service Corporation |

**IT IS SO ORDERED** this  13th   day of July, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted by:

NOGGLE LAW PLLC

By:  /s/ Paul R.M. Cullen, Esq. /
   Robert B. Noggle, Esq.
   Paul R.M. Cullen, Esq.
   376 E. Warm Springs Road, Ste. 140
   Las Vegas, NV 89119
   Attorneys for Plaintiff